# Court of Appeals
# of the State of Georgia

ATLANTA, December 04, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0751. CLIFFORD FERGUSON v. ALEXIS MORRIS.

Following a petition for contempt in this quiet title action, on June 17, 2025, the trial court granted title to Alexis Morris and the Estate of Horace Morris, ordered Clifford Ferguson to vacate the property, and awarded $42,478 in damages. Ferguson filed this direct appeal on September 4, 2025. Morris has filed to dismiss the appeal as untimely. We agree that we lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Yanes v. Escobar*, 362 Ga. App. 896, 898 (870 SE2d 506) (2022). Here, Ferguson did not file his notice of appeal until 79 days after entry of the court's order. Thus, his notice of appeal was untimely.

Accordingly, we lack jurisdiction to consider this appeal. Morris's motion to dismiss is GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/04/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*